Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VAN T. NGUYEN a/k/a VAN H. NGUYEN, et al. <br><br> Defendant. | CASE NO. 5:11-cv-05441-LHK <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER** (Proposed) |

TO THE HONORABLE LUCY H. KOH, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Wednesday, May 9, 2012 at 2:00 PM. As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference and extend the time to complete service to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Van T. Nguyen a/k/a Van H. Nguyen, individually and d/b/a Got Hong. As of this writing, Plaintiff's process server has made **eighteen (18) different attempts** to serve defendant Van T. Nguyen a/k/a Van H. Nguyen with its suit papers. These attempts have been unsuccessful (Please find a true and correct copy of the

process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for Wednesday, May 9, 2012 at 2:00 PM and permit an additional Thirty (30) to Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant.

Respectfully submitted,

Dated: May 1, 2012

/s/ *Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///

## ORDER ~~(Proposed)~~

It is hereby ordered that the Case Management Conference in civil action number 5:11-cv-05441-LHK styled *J & J Sports Productions, Inc. v. Van T. Nguyen, et al.*, is hereby continued from 2:00 PM, Wednesday, May 9, 2012 to June 27, 2012, at 2pm.

Plaintiff is granted an additional Thirty (30) ~~to Forty-Five (45)~~ days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Van T. Nguyen a/k/a Van H. Nguyen, individually and d/b/a Got Hong, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED:

*Lucy H. Koh*            Dated: May 4, 2012

**THE HONORABLE LUCY H. KOH**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///