UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 5:11-cv-05441-LHK |
| ) | |
| Plaintiff, ) | ORDER TO FILE JOINT CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| VAN T. NGUYEN a/k/a VAN H. NGUYEN, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the initial case management conference set for June 27, 2012, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The parties are hereby ORDERED to file one joint case management statement by Tuesday, June 26, 2012, at noon.

**IT IS SO ORDERED.**

Dated: June 25, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-05441-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT