UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> VAN T. NGUYEN a/k/a VAN H. NGUYEN, et al., <br><br> Defendants. | Case No.: 5:11-cv-05441-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On June 25, 2012, Plaintiff in the above-captioned matter filed a motion for entry of default. ECF No. 16. Accordingly, the case management conference currently set for June 27, 2012 is continued to October 17, 2012, at 2:00 p.m. If and when Plaintiff files a motion for default judgment, Plaintiff shall obtain a hearing date from Courtroom Deputy Martha Parker Brown, and the case management conference will then be further continued to the date of the default judgment hearing.

**IT IS SO ORDERED.**

Dated: June 26, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-05441-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE